UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> DUNG VIET DINH, <br>     Defendant/Judgment Debtor, <br> v. <br> TVD CONSTRUCTION & DEVELOPMENT, <br>     Garnishee. | Case No. MC17-0125RSL <br><br> ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Dung Viet Dinh, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, TVD Construction & Development. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on October 4, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

Dated this 5th day of October, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge